IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD LEE MEANS,** | 1:08-cv-00827 DLB HC |
| Petitioner, | ORDER GRANTING RESPONDENT'S MOTION |
| v. | FOR EXTENSION OF TIME |
| **ROBERT HOREL,** | [Doc. 13 |
| Respondent. | |

GOOD CAUSE APPEARING, Respondent's request for a 30-day enlargement of time in which to file an answer in this matter is hereby GRANTED. Respondent's answer is due on October 21, 2008.

IT IS SO ORDERED.

**Dated:   September 26, 2008**          /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

[Proposed] Order