IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LEE MEANS,<br><br>    Petitioner,<br><br>    vs.<br><br>ROBERT HOREL,<br><br>    Respondent.<br>_____/ | 1:08-cv-0827-LJO-DLB (HC)<br><br>ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE A TRAVERSE<br><br>(DOCUMENT #20)<br><br>THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On November 5, 2008, petitioner filed a motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his traverse.


   IT IS SO ORDERED.

   Dated:   **November 7, 2008**              **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE