IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD L. MEANS, | No. C 08-00827 CRB |
| Petitioner, | **ORDER APPOINTING COUNSEL FOR PETITIONER** |
| v. | |
| ROBERT HOREL, Warden, | |
| Respondent. | |

A jury found Richard Lee Means guilty of attempted murder and being a felon in possession of a gun, as well as related crimes, arising from an April 25, 2005 incident at the apartment complex where Means lived with his family. Now pending before the Court is Means's petition for writ of habeas corpus. After carefully considering the papers filed by the parties, and reviewing the record, the Court concludes that there is good cause to appoint petitioner counsel. Accordingly, Miles F. Ehrlich, of the law firm of Ramsey Erhlich LLP, is appointed to represent petitioner Richard Means in the habeas proceedings before this Court.

Counsel shall review the record and advise the Court whether supplemental briefing is required. If petitioner chooses to file a supplemental memorandum the Court will give

//
//
//

respondent the opportunity to file a supplemental response.

**IT IS SO ORDERED.**

Dated: April 16, 2009



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE