UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD L. MEANS, | ) | CASE NO.: C-08-00827-CRB |
| | ) | |
| PETITIONER, | ) | |
| VS. | ) | [PROPOSED] ORDER GRANTING PERMISSION TO FILE REPLY BRIEF ON BEHALF OF PETITIONER |
| ROBERT HOREL, WARDEN, | ) | |
| RESPONDENT. | ) | |

GOOD CAUSE APPEARING, Petitioner's request for permission to file a short reply brief (not to exceeed 10 pages) is hereby GRANTED. Petitioner's reply is due on or before February 16, 2010.

Dated: __February 10, 2010__  _____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

REQUEST AND PROPOSED ORDER RE REPLY BRIEF
MEANS V. HOREL, NO. C-08-00827 CRB          -3-